**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Dave Hawkins, et al., | No. CV-08-1121-PHX-LOA |
| Plaintiffs, | **ORDER** |
| vs. |  |
| American Family Mutual Insurance Company, |  |
| Defendant. |  |

The parties have voluntarily consented to have a United States magistrate judge conduct any and all further proceedings and on August 6, 2008, United States District Judge Mary H. Murguia Ordered, docket #15, the assignment of this matter to United States Magistrate Judge Lawrence O. Anderson for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed. R.Civ.P. 73 and with the consent of the parties. Further, Judge Murguia issued a Scheduling Order in this matter, docket #16.

Pursuant to Rule 16, FED.R.CIV.P., a Rule 16 scheduling conference is set for **Wednesday, August 27, 2008 at 4:00 p.m.** the Chambers of the undersigned, Suite 322, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

In preparation for this case management conference, it is hereby ordered as follows:

Counsel who will be responsible for trial of the lawsuit for each party shall appear and participate in the Case Management Conference and shall have authority to enter into stipulations regarding all matters that may be discussed. A continuance of the Rule 16

1  conference will be granted only for good cause and will not be granted beyond the time limit
2  set forth in Rule 16(b), FED.R.CIV.P.
3          During or after the Case Management Conference the Court may enter an
4  amended scheduling order. The Court fully intends to enforce the deadlines in the scheduling
5  order. The parties should plan their litigation activities accordingly.
6          DATED this 13th day of August, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -